BEFORE: GARY R. BROWN                                       DATE: 4/8/2017
UNITED STATES MAGISTRATE JUDGE                              TIME: 10:28

## CRIMINAL CAUSE FOR ARRAIGNMENT

**DOCKET No.** 17-CR 115

**DEFENDANT: Edgar Veytia**          **DEF. #1**

☒ Present    ☐ Not Present   ☒ Custody   ☐ Bail/Surrender

**DEFENSE COUNSEL**: Gretchen Von Helms

☐ Federal Defender   ☐ CJA   ☒ Retained

**A.U.S.A.**: Craig Heeren and Michael Robotti

INTERPRETER:  [Jordan Fox] (Spanish) – on standby

PRETRIAL:  Melony Bedford

COURT REPORTER / FTR LOG :  10:28-10:39          MAGISTRATE DEPUTY:

☒ Case called    ☒ Counsel for all sides present

☐ Removal Proceeding. Other District:

☒ Initial Appearance and Arraignment

☒    Defendant waives public reading.

☐    Preliminary Hearing:   ☐ Waived;   ☐ Set for _____.

☒    Defendant enters a plea of not guilty to the   Indictment/  Information.

☒    Waiver of Speedy Indictment/Trial executed; time excluded from  4/8/2017  through  4/12/2017

☐    Order Setting Conditions of Release and Bond entered.

☒    Bail Hearing held.  Disposition:

  ☒    Permanent Order of Detention with medical order entered.

  ☐    Temporary Order of Detention entered.

☐    Detention Hearing scheduled for:

☒    Next Court appearance scheduled for 4/12/2107 before Judge Carol Amon.

Defendant ☐ Released on Bond;   ☒ Remains in Custody.

OTHER: