UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 4/10/17          TIME: 2:13-2:26

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR17-115

DEFENDANT: Edgar Veytia- c                ATTORNEY: Gretchen Von Helms, Esq.

DEFENDANT:                                ATTORNEY:

DEFENDANT:                                ATTORNEY:

DEFENDANT:                                ATTORNEY:

ASSISTANT U.S. ATTORNEY: Craig Heeren & Ryan Harris

COURT REPORTER: Angela Grant

INTERPRETER: Estrellita Plested (stand-by)

PROBATION OFFICER:

PRETRIAL OFFICERS:                        DEPUTY: **V. Holley**

Court grants defense counsel's pro hac vice motion.
Further conference set for 6/5/17 at 10:30.
OED cont'd (plea discussions).