UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 6/5/2017     TIME: 10:44-10:49

CRIMINAL CAUSE FOR: Status Conference

DOCKET #: CR17-00115

DEFENDANT: Edgar Veytia- c         ATTORNEY: Jeffrey Lichtman, Esq.

DEFENDANT:                          ATTORNEY:

DEFENDANT:                          ATTORNEY:

DEFENDANT:                          ATTORNEY:

ASSISTANT U.S. ATTORNEY: C. Heeren/M. Robotti/R. Harris

COURT REPORTER: Georgette Betts

INTERPRETER: Estrellita Plested (Sp) stand-by

PROBATION OFFICER:

PRETRIAL OFFICERS:                  DEPUTY: **V. Holley**

**Stipulation of substitution of counsel approved in open court.**
**Conference held.**
**Govt Ordered to produce discovery.**
**OED cont'd (new counsel; awaiting discovery; complex; plea discussions).**
**Further conference 7/6/2017 at 10:00.**