UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 7/27/2017                                TIME: 11:05-11:30

CRIMINAL CAUSE FOR STATUS CONFERENCE

DOCKET #: CR17-115-1

DEFENDANT: Edgar Veytia

ATTORNEY: Jeffrey Lichtman and Jeffrey Einhorn (Both retained)

DEFENDANT:                                      ATTORNEY:

DEFENDANT:                                      ATTORNEY:

DEFENDANT:                                      ATTORNEY:

ASSISTANT U.S. ATTORNEY: Ryan Harris and Anthony Aminoff

COURT REPORTER: Lisa Schmid

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                              DEPUTY: Lewis Hugh

By the next status conference set for August 22, 2017 at 12:00 noon, the parties should update the Court whether defendant wants to enter into a disposition or proceed to trial. For the reasons that additional time needed due to ongoing plea negotiations and still designated as complex, time is excluded until the next conference.