Warrant of Removal (After Waiver of Hearing)

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Magistrate Case No. 17MJ0928 |
| v. | |
| EDGAR VEYTIA | WARRANT OF REMOVAL (After Waiver of Hearing) |

**To:** Federal Bureau of Investigation

An Indictment having been filed in the Eastern District of New York, charging defendant **EDGAR VEYTIA**, with international heroin, cocaine, methamphetamine and marijuana manufacture and distribution conspiracy; heroin, cocaine, methamphetamine and marijuana importation conspiracy; heroin, cocaine, methamphetamine and marijuana distribution conspiracy, in violation of Title 21, United States Code, Sections 963, 846, 841(b)(1)(A)(i), 841(b)(1)(A)(ii)(II), 841(b)(1)(A)(vii), 841(b)(1)(A)(viii), 960(b)(1)(A), 960(b)(1)(B)(ii), 960(b)(1)(G), 960(b)(1)(H), 959(d); and Title 18, United States Code, Sections 3238 and 3551 et seq., and the above-named defendant having been arrested in this district and, after waiving hearing pursuant to Federal Rules of Criminal Procedure 5(c) and 5.1(a), having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the Eastern District of New York and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

**BERNARD G. SKOMAL**
HON. BERNARD G. SKOMAL
United States Magistrate Judge

Dated at San Diego, California, this __7__ day of __April__, 2017.

### RETURN

Eastern District of New York (at Brooklyn)                    ss

Received the within warrant of removal the _____ day of _____, 2017, and executed same.

By _____  4/7/17
U. S. Marshal
Deputy Marshal