<div align="center">
**ALESSANDRA DEBLASIO**
ATTORNEY AT LAW
299 BROADWAY
SUITE 1803
NEW YORK, NY  10007
TELEPHONE (212) 321-7084
FACSIMILE (973) 689-2765
ad@adeblasiolaw.com
</div>

November 20, 2018

By ECF
The Honorable Carol B. Amon
United States District Judge
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York  11201

**Re:**   **U.S. v. Edgar Veytia, Case No. 17-cr-115 (CBA)**

Dear Judge Amon:

On behalf of Defendant Edgar Veytia, I am writing to inform the Court that Mr. Veytia will not be ready to enter a change of plea by the time of next week's status conference scheduled for Tuesday November 27.  The parties have just become aware today of a Guidelines miscalculation in the plea offer that significantly affects the estimated Guidelines range, to Mr. Veytia's detriment.

Accordingly, undersigned counsel will need additional time to meet with Mr. Veytia, to advise him of the error and to discuss the changed circumstances; and then he will need time to re-evaluate his situation and make a decision on the course of action he finally wishes to take.  This cannot reasonably and effectively be done within the week.

I also would like to advise the Court that at the November 27 status conference, I anticipate requesting an extension of the motions schedule.

Finally, if the Court is inclined to adjourn the status conference altogether, to give the Defendant additional time to consider his next step, undersigned counsel would request that the conference be postponed until the week of December 17 or thereafter.

<div style="margin-left: 50%;">
Respectfully submitted,

 /s/_____
Alessandra DeBlasio
</div>

cc:    Assistant U.S. Attorneys (EDNY) Ryan Harris, Craig R. Heeren and Alicia Washington
       Trial Attorneys (CRM/NDDS) Anthony Aminoff and Jason Ruiz