UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**<u>BEFORE: CAROL BAGLEY AMON, U.S.D.J.</u>**

DATED:  12/20/18                             TIME: 4:41-4:46

CRIMINAL CAUSE FOR: Status Conference

DOCKET: CR17-00115

DEFENDANT: Edgar Veytia- c                   ATTORNEY:  Jeffrey Lichtman, Esq
                                                        Jeffrey Einhorn, Esq.

ASSISTANT U.S. ATTORNEY: Criag Heeren & Jason Ruiz

COURT REPORTER:   Lisa Schmid

PROBATION OFFICER:                           INTERPRETER:

PRETRIAL OFFICERS:                           DEPUTY: **V. Holley**

Conference held.
G/P set for 1/4/19 at 4:30.
OED cont'd (complex case; ongoing plea discussions).