UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 1/4/19                          TIME: 4:46-5:10

CRIMINAL CAUSE FOR: Guilty Plea

DOCKET: CR17-00115

DEFENDANT: Edgar Veytia                ATTORNEY: Jeffrey Lichtman, Esq.
                                                 Jeffrey Einhorn, Esq.

ASSISTANT U.S. ATTORNEY: Craig Heeren & Jason Ruia (DOJ)

COURT REPORTER: Anthony Mancuso

PROBATION OFFICER:                     INTERPRETER:

PRETRIAL OFFICERS:                     DEPUTY: **V. Holley**

Dft withdraws previously entered plea of not guilty.
Dft sworn & examined.
Guilty plea to Count 1 of Indictment accepted by the Court.
Sentencing schedule set as follows:
PSI Report 3/29; dft's sentencing ltr 4/12; govt's response 4/19; sentencing 4/25 at 11:00.
USPD notified.