LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
PAUL TOWNSEND

PH: (212) 581-1001
FX: (212) 581-4999

March 11, 2019

**BY ECF**
Hon. Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  **United States v. Edgar Veytia, Dkt. No. 17 CR 115 (CBA)**

Dear Judge Amon:

  I am writing on behalf of defendant Edgar Veytia and with the consent of the government to respectfully request a six week adjournment of the defendant's April 25, 2019 sentencing. The reason for this request is that there has been a delay with regard to our receipt of certain materials from Mexico concerning the defendant's position as the former attorney general of the state of Nayarit. We believe that these materials will feature prominently at the defendant's sentencing as they bear on the nature and circumstances of the offense, as well as his personal history and characteristics. See 18 U.S.C. § 3553(a)(1). While counsel will work diligently to incorporate these materials into our sentencing submission upon their arrival, they first must be translated into English, a time consuming task.

  Thank you for your consideration on this application; I remain available for a conference should the Court deem it necessary.

               Respectfully submitted,

               Jeffrey Lichtman

cc:  Craig Heeren, Esq.
   Ryan Harris, Esq.
   Assistant United States Attorneys (by ECF)