MPR:CRH/RCH
F.# 2017R00354

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – –X

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER TO CLOSE COURTROOM AND FILE |
| - against - | DOCUMENTS UNDER SEAL |
| EDGAR VEYTIA, | Docket No. 17-CR-115 (CBA) |
| Defendant. | |

– – – – – – – – – – – – –X

Upon consideration of the motion of defendant EDGAR VEYTIA, and the response of the United States of America, both filed under seal, for an Order: to close the courtroom during the defendant's sentencing hearing, and to seal the transcripts of that proceeding and this Order;

Having scheduled a public hearing on the motion and notified the public of the hearing by listing the date, time and location of the hearing on the public docket and the Court's public calendar; and

Having held a public hearing on the motion at which the parties and any intervenors were provided an opportunity to be heard;

Based on the submissions of the parties, the Court makes the following findings:

1. There is a substantial probability that a public proceeding as to a part of the sentencing hearing would prejudice a compelling interests of both the defendant and

government, in particular the interest in safety to persons and property, and the interest in protecting the secrecy of an ongoing criminal investigation;

      2.      No reasonable alternatives to closure of the courtroom exist that can adequately protect the compelling interests that would be prejudiced by a public proceeding, identified above; and

      3.      The prejudice to the compelling interests identified above overrides the public's and the media's qualified First Amendment right to access the plea proceedings.

Accordingly, pursuant to United States v. Alcantara, 396 F.3d 189 (2d Cir. 2005), and United States v. John Doe, 63 F.3d 121 (2d Cir. 1995),

IT IS ORDERED that the motion to close the courtroom for a portion of the defendant's sentencing hearing and to seal the transcripts of that portion of the proceeding and this Order is hereby granted;

IT IS FURTHER ORDERED that the closure of the courtroom be tailored by requiring the government, with advance notice to the defendant, to disclose the transcript as required by Brady v. Maryland, 373 U.S. 83 (1963), Giglio v. United States, 405 U.S. 150 (1972), 18 U.S.C. § 3500 and/or Rule 16 of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the closure of the courtroom be tailored by requiring the government and the defendant to move this Court to unseal the transcript of the proceeding and substitute the defendant's true name for "John Doe" in the docket caption when the prejudice to the parties' interests no longer outweighs the public's qualified right to access; and

      IT IS FURTHER ORDERED that the public docket will immediately be amended to reflect the occurrence of the hearing on the motion to close the courtroom, the disposition of the motion and the fact of courtroom closure.

      SO ORDERED.

Dated:       Brooklyn, New York  
               September \_\_\_, 2019

                                          _____  
                                          THE HONORABLE CAROL B. AMON  
                                          UNITED STATES DISTRICT JUDGE  
                                          EASTERN DISTRICT OF NEW YORK