9/24/19

**BEFORE:** AMON, USDJ          **DATE:**           **TIME:** 45 min

## CRIMINAL CAUSE FOR SENTENCING

**DOCKET #:** CR17-00115

**DEFENDANT:** Edgar Veytia- c

**DEFENSE COUNSEL:** Jeffrey Lichtman, Esq.

**AUSA:** Ryan Harris

**INTERPRETER:**

**USPO:**              **PTSO:**

**COURT REPORTER:** Charleane Heading

**DEPUTY CLERK:** V. Holley

---

Dft sentenced on 1 Count Indictment as follows:

Custody of BOP for 20 years followed by 5 years supervised release.

Fine waived. Dft required to pay $100 special assessment pursuant to 18:3013.

Govt to provide Forfeiture Order.