

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 03 2019 ★
BROOKLYN OFFICE

UNITED STATES OF AMERICA

V

EDGAR VEYTIA

17 CR 115 (CBA)

NOTICE OF APPEAL.

To: Clerk U.S. District Court.

I Edgar Veytia, the defendant in the above-titled case, hereby give Notice that I wish to appeal my conviction and the sentence imposed Sept 26, 2019.

Respectfully

Pro se

Edgar Veytia
Reg: 60875-298
MDC
PO BOX 329002
Brooklyn, NY 11232

cc: U.S. ATTORNEY

RECEIVED
OCT 03 2019
PRO SE OFFICE

CERTIFICATION

Today, Sept 30, 2019

I mailed a copy of this Notice to the U>s. Attorney Eastern District of New York through the mail system at MDC Brooklyn.

Edgar Veytia
Reg : 60875-298

Pro Se

Edgar Veytia.
Reg.- 60875-298
MDC
P.O. Box 329002
Brooklyn, NY 11232

Legal Mail

METROPOLITAN DETENTION CENTER
80 29TH ST, BROOKLYN, NY 11232
The enclosed letter was forwarded to you through
mail procedures for inspection and was routed.
The letter has neither been opened nor read through
If the writer has received (illegible) or anything over
which the facility has jurisdiction, please (illegible)
to return the material to the sender with information
or clarification. If the sender wants correspondence
for forwarding, (illegible) enclose to the above address.
return the enclosure to the above address.

NEW YORK NY 100
01 OCT 2019 PM 6 L

Clark US District Court
Eastern N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201

USMS



11201-183299