17-CR-115(CBA)

Edgar Veytia

*Paid in full* [handwritten annotation]

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 11 2019 ★
BROOKLYN OFFICE

```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653144438
Cashier ID: smejia
Transaction Date: 10/10/2019
Payer Name: Vanessa V. Veytia
----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: Vanessa V. Veytia
 Case/Party: D-NYE-1-17-CR-000115-001
 Amount:         $505.00
----------------------------------
CREDIT CARD
 Amt Tendered:  $505.00
----------------------------------
Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00
```