UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

- against -

*Edgar Veytia*

-----------------------------------------------------------X

NOTICE OF ATTORNEY APPEARANCE

Case Number: 17-115 (CBA)

PLEASE NOTICE, that I have been retained by *Edgar Veytia*, the above named Defendant. I was admitted to practice in this District on July 9, 1974.

| | |
|---|---|
| PRINT NAME: | Lawrence M. Herrmann |
| SIGNATURE: | *[signature]* |
| BAR CODE: | LH 7218 |
| | First and Last Initial and the Last Four Digits of Your Social Security Number |
| FIRM NAME: | Lawrence M. Herrmann |
| ADDRESS: | 37-51 76th Street |
| | Street Address |
| | Jackson Heights, New York 11372 |
| | City / State / Zip Code |
| E-MAIL: | larry@lmherrmann.com |
| PHONE NUMBER: | (718) 779-6630 |

10/11/2019