UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | WITHDRAWAL |
| V. | OF APPEAL |
| EDGAR VEYTIA | CRIMINAL DOCKET |
| Defendant | No. 17-115 (CBA) |

    LAWRENCE M. HERRMANN, Counsel for, and on behalf of Defendant, hereby moves to withdraw the previously filed <u>Pro-Se</u> Notice of Appeal, with prejudice, and with Defendant's free and voluntary consent, as inasmuch as Defendant had previously, in his Plea Agreement, waived his right to Appeal.

Respectfully

*[signature]*

Lawrence M. Herrmann
3751 76 St. 2 floor
Jackson Hts. NY 11372
Off: 718-779-6630
Fax: 718-565-7278
E-mail: larry@Lmherrmann.com

## CERTIFICATION

I Lawrence M. Herrmann, hereby certify that a copy of the Withdrawal of Appeal Notice was sent this date to the U.S. Attorney for the Eastern District of New York via ECF and by Post—Prepaid First Class mail to

>U.S. Attorney Eastern District
>of New York
>271 Cadman Plaza East
>Brooklyn, NY 11201

Date Oct. 11, 2019

Lawrence M. Herrmann