**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of October, two thousand and nineteen.

---

United States of America,

  Appellee,

v.

Edgar Veytia, AKA Diablo, AKA Eepp, AKA Lic Veytia,

  Defendant - Appellant.

---

**ORDER**

Docket No. 19-3213

Appellant moves to voluntarily withdraw his appeal.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 10/25/2019**