

LAW OFFICES OF
# JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

RD 10/31/19

October 2, 2019

**VIA ECF**
Hon. Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   **United States v. Edgar Veytia**, Dkt. No. 17 CR 115 (CBA)

Dear Judge Amon:

I am writing on behalf of defendant Edgar Veytia and following last Thursday's sentencing to respectfully request a recommendation from the Court that Mr. Veytia be designated to a prison facility in the Northeast, specifically FCI Otisville, in order to remain close to family in the area. The government, by AUSA Ryan Harris, has no objection to this application.

Thank you for the Court's attention and consideration on this matter.

Respectfully submitted,

Jeffrey Lichtman

cc:   Ryan Harris, Esq.
      Craig Heeren, Esq.
      Assistant United States Attorneys (by ECF)

*Application granted.*
*So Ordered:*
s/Carol Bagley Amon
10/30/19