UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
UNITED STATES OF AMERICA

                                                    17 Cr. 115 (CBA)

        -against-

                                                    NOTICE OF APPEARANCE

EDGAR VEYTIA,

                  Defendant.
-------------------------------------------------------------------X

DEAR SIR OR MADAM:

        PLEASE TAKE NOTICE that Alexei Schacht, an attorney admitted to practice law before this Court, hereby appears as co-counsel of record for EDGAR VEYTIA.

                                                                          Respectfully submitted,

                                                                  **/s/ Alexei Schacht**
                                                                   _____
                                                                   Alexei Schacht
                                                                   Attorney at Law
                                                                   123 West 94th Street
                                                                   New York, New York 10025
                                                                   Tel: (646) 729-8180
                                                                   Fax: (212) 504-8341
                                                                   Email: alexei@schachtlaw.net
                                                                   www.schachtlaw.net

Dated: November 20, 2019