ALEXEI SCHACHT
Attorney at Law
123 West 94th Street
New York, New York 10025
Tel: (646) 729-8180
Fax: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

November 22, 2019

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Edgar Veytia, 17 Cr. 115 (CBA)

Dear Judge Amon:

    I was recently retained, along with co-counsel Lawrence Herrmann, to represent Edgar Veytia. The guilty plea hearing (held on January 4, 2019) and sentence hearing (held on September 26, 2019) minutes are sealed and so I write to ask that the Court partially unseal the minutes of both hearings solely to permit defense counsel and the Government to obtain copies of them. Thank you for considering this request.

    Respectfully submitted,

    */s/ Alexei Schacht*

    Alexei Schacht

cc:    All counsel of record