

UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 12/12/19          TIME: 12:15 (20 min)

CRIMINAL CAUSE FOR: Telephone Conference

DOCKET #: CR 17 -00115

DEFENDANT: Edgar Veytia (not present)     ATTORNEY: Alexei Schacht, Esq.

DEFENDANT:                                ATTORNEY:

DEFENDANT:                                ATTORNEY:

ASSISTANT U.S. ATTORNEY: Craig Heeren

COURT REPORTER: Anthony Frisolone

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                        DEPUTY: T. Campbell

Conference held regarding entry #105.
Application granted.