FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 12 2019 ★
BROOKLYN OFFICE

**ALEXEI SCHACHT**
Attorney at Law
123 West 94th Street
New York, New York 10025
Tel: (646) 729-8180
Fax: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

RD 12/13/19

November 22, 2019

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Edgar Veytia, 17 Cr. 115 (CBA)

Dear Judge Amon:

*Application granted. Minutes unsealed only to permit new defense counsel to review them.*

s/Carol Bagley Amon

12/12/19

I was recently retained, along with co-counsel Lawrence Herrmann, to represent Edgar Veytia. The guilty plea hearing (held on January 4, 2019) and sentence hearing (held on September 26, 2019) minutes are sealed and so I write to ask that the Court partially unseal the minutes of both hearings solely to permit defense counsel and the Government to obtain copies of them. Thank you for considering this request.

Respectfully submitted,

/s/ Alexei Schacht

Alexei Schacht

cc:     All counsel of record

1