**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

888-800-3400

AttorneyRegulation@calbar.ca.gov

OFFICE OF ATTORNEY REGULATION
& CONSUMER RESOURCES

August 6, 2020

John Kirby
Law Office of John D. Kirby, APC
110 West A Street Suite 1100
San Diego, CA 92101

Re: State Bar Number 149496 – John David Kirby

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

1    Standard

Delivery Method: UPS Domestic
PH: 6195570100

**The State Bar of California**

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

180 Howard Street, San Francisco, CA 94105    888-800-3400    AttorneyRegulation@calbar.ca.gov

## CERTIFICATE OF STANDING

August 6, 2020

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN DAVID KIRBY, #149496 was admitted to the practice of law in this state by the Supreme Court of California on December 5, 1990; that from the date of admission to February 22, 1993, he was an ACTIVE licensee of the State Bar of California; that on February 22, 1993, he transferred at his request to the INACTIVE status as of January 1, 1993; that from that date to March 3, 1995, he was an INACTIVE licensee of the State Bar of California; that on March 3, 1995, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records