UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
EDGAR VEYTIA,

                Petitioner,                   <u>ORDER TO SHOW CAUSE</u>
                                                        CR-17-00115 (CBA)
   -against-                                    AUSA Craig R. Heeren

UNITED STATES OF AMERICA,

                Respondent.
---------------------------------------------------------x

**AMON, United States District Judge:**

      Petitioner having filed a motion dated **September 24, 2020** to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 and Civil Rule 32 of the Eastern District of New York, a copy of which is annexed, and the Court having preliminarily reviewed said petition in accordance with Rule 4 of Rules Governing 28 U.S.C. 2255 cases in the United States District Courts, IT IS HEREBY ORDERED that:

1. The United States Attorney for the Eastern District of New York, as attorney for respondent, show cause before this Court by filing a return to the petition, why the motion to vacate, set aside, or correct sentence should not be granted; and
2. On or before **November 23, 2020**, respondent shall serve a copy of their return on the petitioner herein and file the original thereof with proof of service with the Clerk of the Court; and
3. Petitioner, on or before **December 23, 2020**, shall file his reply, traverse, and/or memoranda of law, if any, with the Clerk of the Court; and,
4. petitioner, *if pro se*. shall be permitted to proceed without being required to prepay fees or costs or give security thereof; and
5. service of this Order shall be made by the Clerk of this Court by certified mail, a copy thereof, together with a copy of the motion to the United States Attorney, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, and to the petitioner or petitioner's counsel, if any.

      SO ORDERED.

Dated: Brooklyn, New York
       September 28th, 2020

                                                         /S/ **Judge Carol Bagley Amon**

                                                         Carol Bagley Amon
                                                          United States District Judge