JOHN D. KIRBY
CA Bar No. 149496
Law Office of John D. Kirby, A.P.C.
110 West A Street, Suite 1100
San Diego, CA 92101
Tel (619)557-0100 Fax (619)557-0123
jkirby@johnkirbylaw.com

# U.S. DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK (BROOKLYN)
### (HONORABLE JUDGE CAROL BAGLEY AMON)

| | |
|---|---|
| EDGAR VEYTIA,<br><br>  Petitioner,<br><br> vs.<br><br>UNITED STATES GOVERNMENT,<br><br>  Respondent. | Case No. 17-CR-00115-CBA-1<br>DECLARATION OF<br>JOHN D. KIRBY |

I, John David Kirby, hereby declare as follows:

1. Petitioner, EDGAR VEYTIA ("Appellant") moves this Court for an extension of thirty (30) days in which to file his Traverse. This is the first request for an extension of time to file the traverse. The original due date for the Traverse is December 23, 2020. Petitioner is requesting a new due date of January 22, 2021.

2. My law office has been directly impacted by the COVID-19 pandemic. Due to exposure to the virus, I was forced to self-quarantine for two weeks beginning on December 4, 2020. In addition, my paralegal is currently in quarantine for the same reason.

3. In addition, I have an underlying health condition, I have been unable to travel to Marion, Illinois, to see my client directly, instead relying on intermittent legal calls and an unsecure email system to communicate with my client. This has inhibited my ability to communicate with my client, slowing the process of formulating the Traverse and completing the supplemental declaration I believe needs to be filed as part of that document.

4. I continue to work diligently on Petitioner's Traverse, and do not anticipate seeking an additional continuance.

5. I have contacted Assistant U. S. Attorney Ryan C. Harris, who told me he has no objection to this request for continuance.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2020         */s/ John D. Kirby*
                                 John D. Kirby