


Edgar Veytia
c/o P.O. Box 1000
Marion Illinois

March 22, 2021

To : Case Manager (No. CR17-00115)
Re : Grand Jury Information on Case No. CR17-00115

This instrument is submitted to you because I am seeking data and information that maybe retained by your organization, on the Grand Jury, for Case No. CR17-0015.

Information is upon a Criminal Investigation which led to the "True Bill No. CR17-00115" which was subsequently processed by your court. As potentially, proffered by the FBI, DEA and/or Homeland Security pertaining the prosecution of cause; was a there a grand jury sitting at the time of case? If there was a grand jury sitting; how many members made up the body of the device?

Because of recent discovery(s), there is a very strong desire to learn more about how this franchise enterprise was constructed. So. Please, understand my concerns. Going forward:

My request is upon your organization for records/files pertaining to the Grand Jury's data item(s) for case construction. REquest seeks to gain 1 copy of the following for each item listed:

- any record(s) of sureveillance system data collected against EDGAR VEYTIA while on U.S. soil;

- copy of any question(s) or questionnaires used to gather information form outside sources handed to the Grand Jury, used against EDGAR VEYTIA;

- copy of questionnaire(s) used to collect data that demonstrates EDGAR VEYTIA ever visted, entered, crossed any State-Line or had any contact with State of New York prior to dates from Jan. 1, 2017 to March 30, 2017;

- copy of any declaration(s) or affidavit(s) sworn or otherwise made to confirm/affirm that EDGAR VEYTIA was ever seen in New York, during the mentioned time;

- copy of paper(s) recording(s) that indicates EDGAR VEYTIA ever was filmed or videoed (inclusive of video recorded) with any confidential Sources (i.e. CS) to be known to conduct business in State of New York, before dates, Jan 1, 2017 through March 30, 2017; and, If CS, can be found or located to exist; I, then, request

---

Grand Jury Information . . .                                    Edgar Veytia
ALL RIGHTS RESERVED                                            Victim/Witness

information on each CS, inclusive of what their testimony was in constructing No. CR17-00115.

This ends my inquiry and quest for information. Please forward to my attention any information that is not deemed exempt by your company's policy(s).

Thank you for your assistance.

Cordially,

Edgar Veytia

/llm

Edgar Veytia, 60875-298
United States Penitentiary Marion (CMU)
c/o P.O. Box 1000
Marion Illinois

March 22, 2021

SAINT LOUIS MO 630
23 MAR 2021 PM 4 L

◇ 60875-298 ◇
Clerk Of- The-Court-
E.District Of New York
225 Cadman PLZ E
US District Court,Rm 118S
Brooklyn, NY 11201-1818
United States

11201-181809