

Edgar Veytia, #60875-298
Marion CMU
P.O. Box 1000
Marion IL 62959
May 18, 2021

Mr. Anthony Mancuso, Court Reporter
United States District Court
225 Cadman Plaza East
Brooklyn NY 11201

RE:  United States v. Edgar Veytia
     Case #CR-17-00115
     Change of Plea Hearing 1/4/2019 before Judge Amon

Dear Mr. Mancuso:

   I had requested from the Clerk of the United States District Court For the Eastern District of New York a copy of the transcript of my change of plea held on 1/4/2019 before Judge Carol Bagley Amon. A copy of the Clerk's reply dated February 24, 2021, is enclosed. The reply states that my request was forwarded to you because you were the Court Reporter for the hearing. I have been waiting to hear from you but I have not heard from you, so I am writing to you now to ask you for what I believe is the second time for a copy of the above referenced transcript.

   Contrary to what the Clerk said in his reply, I believe the hearing has already been transcribed because I have a recollection of having seen it before. However, if you cannot locate the transcript, then I have to ask you to please transcribe the hearing for me.

   Please send me an estimate of how many pages you expect the transcript will be and what your fee will be. If you require payment in advance, please tell me how much of a deposit you will need to begin work and I will send it.

   Thank you in advance for your help in this matter.

                                           Sincerely,

                                           Edgar Veytia




# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 01 2021 ★

BROOKLYN OFFICE

**Douglas C. Palmer**
Clerk of Court

**Brenna Mahoney**
Chief Deputy

**Carol McMahon**
Chief Deputy

Theodore Roosevelt Federal Courthouse
Emanuel Cellar Federal Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201
(718) 613-2270

Alfonse D'Amato Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722
(631) 712-6000

February 24, 2021

In Re: Edgar Veytia
Docket Number: 17cr115
To: Edgar Veytia

Dear Mr. Veytia,

We received your recent letter requesting copies of documents in the above captioned matter.

Please be advised that there was a court reporter present at the plea hearing you are requesting. I have forwarded your letter to them letting them know that you are requesting them. Below is information to use to follow up.

The **plea hearing in your case 17cr115 was held before Judge Amon 1/4/2019**.
The name of the court reporter present was: Anthony Mancuso. As I mentioned, I forwarded him a copy of your letter but you can follow up by writing to him care of this courthouse.

Please be advised that to my knowledge, the minutes from the proceeding have not been transcribed, so there will be a fee to get a transcript. The court reporter will be able to tll you how many pages the transcript will be.

Below is the entry on the docket sheet:

**Minute Entry for proceedings held before Judge Carol Bagley Amon:Change of Plea Hearing as to Edgar Veytia held on 1/4/2019, Plea entered by Edgar Veytia (1) Guilty Count 1. ( Sentencing set for 4/25/2019 11:00 AM in Courtroom 10D South before Judge Carol Bagley Amon.) PSI Report 3/29; Dft's sentencing letter 4/12; Govt's response 4/19; AUSA Craig Heeren & Jason Ruia; Defense Counsel, Jeffery Lichtman and Jeffrey Einhorn. (Court reporter: Anthony Mancuso)**

Yours truly,
Douglas C. Palmer
Clerk of Court

By: C. Rocco
Case Processing Clerk

Edgar Veytia, #60875-298
CMU Marion
P.O. Box 1000
Marion IL 62959



SAINT LOUIS MO 630
24 MAY 2021 PM 7 L

⇔60875-298⇔
Clerk Of- The-Court--
E.District Of New York
225 Cadman PLZ E
US District Court,Rm 118S
Brooklyn, NY 11201-1818
United States



11201-181809