Cert.Acct.No. 70203160000115590491

edgar veytia
c/o P.O. Box 1000
Marion Illinois

June 1, 2021

Acct.Ref.No. EXV041226

BROOKLYN OFFICE

*RECEIVED JUN 08 2021 PRO SE OFFICE*
*SCANNED*
*FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ JUN 08 2021 ★*
*RD EF 6/17/21*

To    : Case manager (No. 1:17cr115)
Re    : Letter of Inquiry into Doc. Entry #21, on 6/5/2017
        Government Order to Produce Discovery

This "Letter of Inquiry" is deposited with the court, due to the operative events occurring on the Contract, so numbered; and, Please, see the attached letter addressed to the government for compliance with court's order, concerning DISCOVERY information for transaction; and, Time has passed and the government has not complied with request by date, and concedes; and, Accordingly, they don't intend to perform; and, This establishes a default against their alleged claim(s); and, See, also contumacy; and,

Pursuant to Stano v. Dugger, 889 F.2d 962 (11/17/1989); a question arises, concerning the "DISCOVERY" in/on case; and, Inquiry is made about the discovery due to fact government has never acted upon court's order to produce discovery, nor has government acted upon my request to produce the same; and, Currently; any averments of 'Effective Assistance of Counsel' on case, is FRAUD; and, Because there has been no DISCOVERY on case, no attorney, representing VEYTIA could advise him how to plead; and, By events court has cognized aspect as violative of counsel under U.S. Const. Amends VI and XIV for failure of Government Agent(s) to provide "DISCOVERY" necessary for Plea Agreement; and, Case must suffer REVERSAL, like in STANO; and,

In the mirror of STANO, lack of DISCOVERY affects "Plea" filed in court; and, Since, there's no discovery, there can be no plea; at least a plea entered knowingly and intelligently/voluntarily as required; and, "Does the court say otherwise?"; and,

This means the Due Process Adversarial System is violated; and,

In the interest of justice, is it a good look for the court's order(s) to be undermine, or disrespected or otherwise?; and,

Again; this is a "Letter of Inquiry," which absolutely affects the case and TRUST; therefore, give me the court's position on this matter; and,

Thank you for your assistance.

Cordially,

edgar veytia

/llm

edgar veytia
Principal, Sui Juris
c/o P.O. Box 1000
Marion Illinois

May 10, 2021                                    Acct.Ref.No. EXV041226

To   : Assistant United States Attorney
Re   : Compliance With Court Order (Docket No. 21)

This document is for inquiry, only. I am seeking proof that you and your office did comply with the court's order, dated, 6/5/2017 upon which, you were suppose to disclose 'discovery' information.

Hereby. I am asking; if, you did deposit in the court your discovery, per court's order; then, copy me asto what was submitted. I did not receive my copy. If you did not submit anything, let me know that also.

If by, May 30, 2021, there is no 'discovery' returned to me; I can deem by your honor that none exist and there is no substance for case No. 17-CR-115 (CBA) to be an issue of controversy or otherwise a bona fide case or franchise, per terms of 'good faith.'

I am ending the inquiry; if you have complied with the court's order, please let me be aware of the same.

Thank you for your assistance.

                              Cordially,

                              edgar veytia

/llm