**CERTIFIED MAIL**

Edgar Veytia, #60875-298
CMU Marion
P.O. Box 1000
Marion IL 62959

SAINT LOUIS MO 630
2 JUN 2021 PM 2

7020 3160 0001 1559 0491

June 1, 2021

⇔60875-298⇔
Clerk Of- The-Court--
E.District Of New York
225 Cadman PLZ E
US District Court, Rm 118S
Brooklyn, NY 11201-1818
United States



11201-181809

