JOHN D. KIRBY
CA Bar No. 149496
401 West A Street, Suite 1150
San Diego, CA 92101
Tel (619)557-0100

Attorney for Defendant: *EDGAR VEYTIA*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
(HONORABLE CAROL BAGLEY AMON)

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>vs.<br><br>EDGAR VEYTIA,<br><br>    Defendant. | CASE NO. 17-CR-00115-CBA<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT** |

    The defendant Edgar Veytia moves to withdraw Document number 124, the Defendant's 2255 Amended Petition, Filed under wrong category in ECF.
    Undersigned counsel will correct the above-mentioned error and asks that Document 124, be removed from Pacer.

Dated: August 12, 2021        Respectfully submitted,

                                      /s/ John D. Kirby
                                      JOHN D. KIRBY
                                      Attorney for Defendant
                                      Karen Gonzalez

JOHN D. KIRBY (CSB 149496)
401 West A Street, Suite 1150
San Diego, CA 92101
(619) 557-0100 (phone)

Counsel for Karen Gonzalez

# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br>　　　Plaintiff,<br>　vs.<br>KAREN GONZALEZ,<br>　　　Defendant, | Case No. 20-CR-03388-LAB<br><br>**PROOF OF SERVICE** |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 401 West a Street, Suite 1150, San Diego, CA 92101;

2. That today I served the Notice of Withdrawal of Document on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 12, 2021　　　　　　　　　　　　/S/ *John D. Kirby*
　　　　　　　　　　　　　　　　　　　　　　John D. Kirby