Clerk's Office
Filed Date: 1/21/2022

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

## LAW OFFICES OF
## JEFFREY LICHTMAN
11 EAST 44TH STREET
SUITE 501
NEW YORK, NEW YORK 10017
www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
JASON GOLDMAN

PH: (212) 581-1001
FX: (212) 581-4999

January 21, 2022

**VIA ECF**
Hon. Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States v. Edgar Veytia, Dkt. No. 17 CR 115 (CBA)

Dear Judge Amon:

I write regarding defendant Edgar Veytia's amended petition for relief pursuant to 28 U.S.C. § 2255, a copy of which I received from the government last Thursday. As the amended petition alleges the ineffective assistance of counsel, I am respectfully inquiring if the Court wishes me to respond to Mr. Veytia's claims.

Thank you for the Court's attention and consideration on this matter.

Respectfully submitted,

Jeffrey Lichtman

cc:   Ryan Harris, Esq.
      Assistant United States Attorney (by ECF)

---

*Handwritten order:* In Order to Comprehensively address the defendant's motion, the Court directs that Counsel file an affidavit in response to the defendant's motion by 1/27/22.

So Ordered.
s/Carol Bagley Amon
1/21/22