

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RCH
F#: 2015R02080

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 25, 2022

The Honorable Carol B. Amon
United States District Judge
United States District Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Edgar Veytia
              Docket No. 17-CR-115 (CBA)

Dear Judge Amon:

      The government respectfully writes to request a thirty-day extension on the date by which it must file a response to Edgar Veytia's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On or about September 24, 2020, Veytia filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. On or about November 23, 2020, the government filed its brief in opposition. On or about August 13, 2021, Veytia filed an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (the "Amended Motion"). Because Veytia alleged in the Amended Motion that he received the ineffective assistance of counsel, the government advised Veytia's former counsel, Jeffrey Lichtman, Esq., of the Amended Motion pursuant to Sparman v. Edwards, 154 F.3d 51, 52 (2d Cir. 1998). After Mr. Lichtman inquired as to whether the Court wanted him to address Veytia's claims, the Court directed Mr. Lichtman to file an affidavit in response to the Amended Motion by January 27, 2022, the same date that the government's response to the Amended Motion is currently due.

Because the substance of Mr. Lichtman's affidavit will necessarily inform the government's position in response to the Amended Motion, the government is respectfully requesting a thirty-day extension on the date by which it must file a response to the Amended Motion. Such an extension will permit the government to evaluate Veytia's claims in light of any representations made by Mr. Lichtman in his affidavit. The government has consulted with current counsel for Veytia who does not object to the government's request.

        Respectfully submitted,
        BREON PEACE
        United States Attorney

By:   /s/ Ryan C. Harris
       Ryan C. Harris
       Craig R. Heeren
       Assistant U.S. Attorneys
       (718) 254-7000

Cc:   Clerk of the Court (CBA) (by ECF)