JOHN D. KIRBY (CSB 149496)
ATTORNEY AT LAW
401 W. A Street, Suite 1150
San Diego, California 92101
(619) 557-0100 (Phone)
jkirby@johnkirbylaw.com

Attorney for EDGAR VEYTIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
(HONORABLE CAROL BAGLEY AMON)

| | |
|---|---|
| EDGAR VEYTIA, | CASE NO. 17CR115-CBA |
| Petitioner, | UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**TO: UNITED STATES ATTORNEY SETH D. DUCHARME, ASSISTANT U.S. ATTORNEY RYAN C. HARRIS; ASISSTANT U. S. MICHAEL P. ROBOTTI.**

   Petitioner Edgar Veytia ("Petitioner") respectfully requests a two-week extension to file Petitioner's Traverse in this matter. This request is made due to the difficulty counsel has had in communicating with Petitioner. Petitioner is currently housed at FCI Pekin in central Illinois. That facility is on a modified lockdown, and it took counsel more than three weeks to arrange a legal call with Petitioner. It is anticipated that counsel will have travel to FCI Pekin before the Traverse is filed to communicate with Petitioner and meaningfully get his input on the filing.

   Counsel has contacted the government, and they have no objection to this request for a two-week extension.

1

17CR115-CBA

Date: February 28, 2022                    Respectfully Submitted,

                                                   /s/ JOHN D. KIRBY

                                                   John D. Kirby
                                                   Attorney for Edgar Veytia