JOHN D. KIRBY
CA Bar No. 149496
Law Office of John D. Kirby, A.P.C.
401 West A Street, Suite 1150
San Diego, CA 92101
Tel (619)557-0100
jkirby@johnkirbylaw.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
# (HONORABLE CAROL BAGLEY AMON)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 17-CR-00115-CBA |
| Plaintiff, | ) |
| vs. | ) |
| EDGAR VEYTIA | ) **PROOF OF SERVICE** |
| Defendant. | ) |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 110 West A Street, Suite 1100, San Diego, CA 92101.

2. That today I served Defendants' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE on opposing counsel by causing to be delivered by e-file to the Office of the Clerk; and that I mailed a copy to defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 28, 2022          */s/ John D. Kirby*
                                  John D. Kirby

Case No. 17-CR-00115-CBA