LAW OFFICES OF

# JEFFREY LICHTMAN

11 EAST 44TH STREET

SUITE 501

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
DAVID GELFAND

PH: (212) 581-1001

FX: (212) 581-4999

November 9, 2022

**VIA ECF**
Hon. Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **United States v. Edgar Veytia, Dkt. No. 17 CR 115 (CBA)**

Dear Judge Amon:

I am writing to respectfully request a copy of Edgar Veytia's sealed reply to my February 7, 2022 Affidavit responding to the claims contained in his amended 28 U.S.C. § 2255 petition. As I have been subpoenaed to testify at the November 15, 2022 hearing on that matter, and given the nature of the allegations, I wish to be permitted an opportunity to review Veytia's counter to my affidavit prior to the hearing so as to better prepare. The government, by AUSA Ryan Harris, has no objection to this application.

Thank you for the Court's attention and consideration of this request.

Respectfully submitted,

Jeffrey Lichtman

cc: All counsel (by ECF)