ALEXEI SCHACHT
Attorney at Law
123 West 94th Street
New York, New York 10025
Tel: (646) 729-8180
Fax: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

May 22, 2019

The Honorable Carol B. Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    United States v. Edgar Veytia, 17 Cr. 115 (CBA)

Dear Judge Amon:

On about November 21, 2019, I filed a Notice of Appearance for Edgar Veytia and was actively representing him for some. While I was never relieved as a counsel of record, I have not been actively representing Mr. Veytia for over the last 18 months or so. Having said that I write this letter to inform the Court and Government that I shall again be actively representing the defendant in this case.

Respectfully submitted,

*/s/ Alexei Schacht*

Alexei Schacht

cc:    All counsel of record