# CRIMINAL CAUSE FOR RESENTENCING

BEFORE: **AMON, USDJ**   DATE: 4/3/24  TIME: 10:00am (60 mins)

DOCKET #: CR17-00115

DEFENDANT:  Edgar Veytia- c

DEFENSE COUNSEL: Alexei M. Schacht, Esq. & John D Kirby, Esq.

AUSA: Ryan C Harris

INTERPRETER: Mario Michelena

USPO: Michelle Malko            PTSO:

COURT REPORTER: Linda Marino

DEPUTY CLERK: T. Campbell

- ✓ Case called
- ___ Sentencing adjourned to
- ✓ ReSentencing held
- ✓ Statements of defendant and counsel heard
- ✓ Defendant sentenced to count _1_____
  of Indictment / Superseding) / Information
- ___ Remaining open counts dismissed:
  _____ on Court's motion     _____ on Government's motion

- ✓ Court advised defendant of right to appeal
- ___ Clerk to file Notice of Appeal in forma pauperis for defendant
- ___ Defendant remanded
- ___ Defendant to remain on bail pending determination of appeal

## FULL TEXT OF SENTENCE

The deft is hereby resentenced to one hundred and twenty (120) months.

S/R and conditions remain as previously ordered in original J&C.

S/A remains as previously ordered in original J&C.

Order of Forfeiture remains as previously ordered in original J&C.